UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD CHANEY

VERSUS                                              CIVIL ACTION

UNITED PARCEL SERVICE, INC.                         NO. 09-838-JVP-SCR

## RULING

This matter is before the court on a Fed.R.Civ.P. 12(e) motion for a more definite statement by defendant, United Parcel Service, Inc. (doc. 4-2). Having reviewed the *pro se* complaint, the court finds it to be both vague and ambiguous, such that defendant cannot reasonably prepare a response. Accordingly, and particularly considering counsel having since enrolled on behalf of plaintiff (doc. 12), defendant's motion is hereby **GRANTED** and plaintiff shall so comply within 14 days of this date.

Baton Rouge, Louisiana, January 6th, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA